ENTERED ON DOCKET
AUG 2 3 2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: ) Case No. 06-40395-MGD
)
Albert B. & Cheri L. Schrier, ) Chapter 13
)
Debtor. )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds March 30, 2010 and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $1,997.32 on behalf of Albert B. & Cheri L. Schrier. On August 4, 2010, Albert B. & Cheri L. Schrier c/o Dilks & Knopik, LLC filed a Petition seeking payment of this sum. The Petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $1,997.32, payable to Albert B. & Cheri L. Schrier c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: PO Box 2728, Issaquah, WA 98027-0125.

IT IS SO ORDERED, this 20th day of August, 2010.

*Mary Grace Diehl*
MARY GRACE DIEHL
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

*[signature]*
Mary Ida Townson, Chapter 13 Trustee

Bar # 715063

Page 1 of 2

Application Submitted By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Albert B. & Cheri L. Schrier
PO Box 2728
Issaquah, WA 98027
(425) 836-5728


Distribution List:
US Attorney, 1800 Richard Russell Federal Bldg, 75 Spring St. SE, Atlanta, GA 30303
Albert B. & Cheri L. Schrier, Albert B. & Cheri L. Schrier , 1311 Tate St. , Corinth, MS 38834
Mary Ida Townson, Case Trustee, ericm@atlch13tt.com,
Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027